In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00358-CV
_____

**FREDDIE L. WALKER, Appellant**

**V.**

**STEPHANIE RENEE DAVILA AND VERNON RINGER, Appellees**

On Appeal from the 260th District Court
Orange County, Texas
Trial Cause No. D230267-C

**MEMORANDUM OPINION**

On October 25, 2024, Freddie L. Walker filed a notice of appeal from unspecified "denial interlocutory orders in the above cause." We questioned our jurisdiction and asked the parties to identify the statute or rule authorizing an appeal at this time. In a response, Walker argued he should be allowed to pursue a permissive appeal, but he did not claim that the trial court had permitted an appeal from an interlocutory order that would not otherwise be appealable. *See generally* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d).

1

A supplemental clerk's record filed on November 19, 2024, contains the trial court's November 18, 2024, order granting Walker's Voluntary Motion to Dismiss Without Prejudice and dismissing the cause without prejudice. Upon receiving the supplemental clerk's record, the Clerk of the Court notified the parties that unless the Court received a valid objection the appeal would proceed as a regular appeal. Walker filed his brief on December 16, 2024.

On December 19, 2024, Stephanie Renee Davila filed a motion to dismiss the appeal. Davila contends there is no pending controversy between the parties and the appeal is moot. Walker did not respond to the motion, nor does he argue in his brief that the appeal is not moot. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 22, 2025
Opinion Delivered January 23, 2025

Before Golemon, C.J., Wright and Chambers, JJ.